**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Anthony Moore, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER DENYING CERTIFICATE** |
| vs. | ) | **OF APPEALABILITY** |
| | ) | |
| Timothy Schuetzle, Warden | ) | |
| North Dakota State Penitentiary, | ) | Case No. 1:08-cv-72 |
| | ) | |
| Respondent. | ) | |

_____

On October 29, 2008, the Court issued an order denying Moore's 28 U.S.C. § 2254 petition.

Moore filed notice of appeal on November 4, 2008.  The Eighth Circuit Court of Appeals remanded

the matter to this Court for consideration of a certificate of appealability in the first instance.

Accordingly:

1.    The Court certifies that an appeal from the denial of this motion may not be taken in
forma pauperis because such a appeal would be frivolous and cannot be taken in
good faith. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

2.    Upon the entire record before the Court, dismissal of the motion is not
debatable, reasonably subject to a different outcome on appeal, or otherwise
deserving of further proceedings. Barefoot v. Estelle, 463 U.S. 880, 893 n.4
(1983).  Therefore, a certificate of appealability will not be issued by this
Court.

3.    If the Petitioner desires further review of his motion he may request issuance of a
certificate of appealability by a circuit judge of the Court of Appeals for the Eighth
Circuit in accordance with Tiedeman v. Benson, 122 F.3d 518, 520-22 (8th Cir.
1997).

**IT IS SO ORDERED.**

Dated this 21st day of November, 2008.

/s/ *Patrick A. Conmy*_____
Patrick A. Conmy, Senior District Judge
United States District Court